## STATE, EX REL. HOLZBOG *v.* BAIRD ET AL.

[No. 13,942.   Filed May 16, 1930.]

*L. A. Douglass* and *Blaine Hays,* for appellant.
*Wilmer T. Fox* and *Frank Self,* for appellee.

REMY, C. J.—Dismissed, on authority of *Chicago, etc., Co.* v. *Lewis, Rec.* (1901), 156 Ind. 232, 59 N. E. 466.

## LADOGA CANNING COMPANY *v.* BURGAN.

[No. 13,823.   Filed January 10, 1930.   Rehearing denied May 20, 1930.]

*Bachelder & Bachelder,* for appellant.
*Ira M. Sharp,* for appellee.

PER CURIAM.—Affirmed.

## WILSON ET AL. *v.* BROADLICK.

[No. 13,698.   Filed December 20, 1929.]

*Henry M. Dowling,* for appellants.
*Howard M. Meyer* and *Earl J. Askren,* for appellee.

NICHOLS, J.—The facts and questions of law here involved are the same as in the case of *Wilson* v. *Broadlick* (1930), *ante* 470, 169 N E. 346.  On the authority of that case, this case is affirmed.